GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARISSA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SNAP-ON CREDIT, LLC, a foreign limited-liability company; TRANS UNION, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-CV-00834<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, SNAP-ON CREDIT, LLC, (Defendant"), and Plaintiff, LARISSA GONZALEZ, by and through their respective counsel of record, stipulate and agree to extend the deadline to July 7, 2022, for Defendants to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which is requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. Plaintiff has no opposition to Defendant's request for an extension.

///

///

///

This request is made in good faith and not for delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 21st day of June, 2022.

| LAW OFFICE OF KEVIN L. HERNANDEZ | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
|---|---|
| s/Kevin L. Hernandez (with permission)<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>*Attorneys for Plaintiff,*<br>*Larissa Gonzalez* | GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 10411<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Tel: (702) 362-6666<br>*Attorneys for Defendant,*<br>*Snap-On Credit, LLC* |

**ORDER**

Dated: June 22, 2022

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE