# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARISSA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SNAP-ON CREDIT, LLC, a foreign limited-liability company; TRANS UNION, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-CV-00834<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[THIRD REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, SNAP-ON CREDIT, LLC, ("Defendant"), and Plaintiff, LARISSA GONZALEZ, ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to August 4, 2022, for Defendants to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's third request for an extension, which is requested to allow Plaintiff and Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. The parties have exchanged some information and the Plaintiff is currently reviewing the same to determine whether an agreement can be reached to avoid unnecessary litigation. Plaintiff has no opposition to Defendant's request for an extension.

…

…

…

This request is made in good faith and not for delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this ___ day of July, 2022.      DATED this ___ day of July, 2022.

LAW OFFICE OF KEVIN L. HERNANDEZ       KRAVITZ SCHNITZER JOHNSON
                                       WATSON & ZEPPENFELD, CHTD.

/s/ *Kevin L. Hernandez (with permission)*      _____
Kevin L. Hernandez, Esq.               GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 12594                   Nevada Bar No. 10411
8920 W. Tropicana Avenue, Suite 101    8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89147                    Las Vegas, NV 89123
*Attorneys for Plaintiff,*             Tel: (702) 362-6666
*Larissa Gonzalez*                     *Attorneys for Defendant,*
                                       *Snap-On Credit, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2022